91483-8

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO. 2:19-cv-00276-SPC-UAM

CAROL N. MAZZARIOL, individually and on
behalf of others all similarly situated,

     Plaintiff,

vs.

MEDSPA DEL MAR, LLC, a Florida Limited
Liability Company,

     Defendant.

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS       related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

__X__ IS NOT       related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

     I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Respectfully submitted,

     /s/ Jordan S. Cohen
Jordan S. Cohen, Esquire (551872)
Jcohen@wickersmith.com
WICKER SMITH O'HARA McCOY & FORD, P.A.
515 E. Las Olas Boulevard
SunTrust Center, Suite 1400
Ft. Lauderdale, FL 33301
Telephone:    (954) 847-4800
Facsimile:    (954) 760-9353
Attorneys for Medspa Del Mar, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on May 29, 2019, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

/s/ Jordan S. Cohen
Jordan S. Cohen, Esquire

## SERVICE LIST

Andrew Shamis, Esquire
Shamis & Gentile, P.A.
14 NE 1st Avenue, Suite 1205
Miami, FL 33132
Telephone:     (305) 479-2299
Facsimile:
ashamis@shamisgentile.com,
efilings@sflinjuryattorneys.com

Jordan David Utanski
Edelsberg Law, PA
2875 NE 191st Street, Suite 703
Aventura, FL 33180
Telephone:     (305) 975-3320
Facsimile:
utanski@edelsberglaw.com

Scott Edelsberg
Edelsberg Law, PA
19495 Biscayne Blvd. #607
Aventura, FL 33180
Telephone:     (305) 975-3320
Facsimile:
scott@edelsberglaw.com