**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| CAROL MAZZARIOL, individually and on behalf of all others similarly situated, | |
| Plaintiff, | **Case No. 19-cv-276-SPC** |
| v. | **CLASS ACTION** |
| MEDSPA DEL MAR, LLC, a Florida limited liability company, | **JURY TRIAL DEMAND** |
| Defendant. _____/ | |

**NOTICE OF SETTLEMENT**

Plaintiff Carol Mazzariol hereby notifies the Court that the parties reached a settlement with respect to Plaintiff's individual claims in this action. Plaintiff and Defendant MedSpa Del Mar, LLC are currently finalizing their settlement agreement and shall file a Notice of Dismissal within ten (10) days of the filing of this Notice of Settlement.

Dated: May 31, 2019

Respectfully submitted,

By:  */s/ Jordan D. Utanski*
 **EDELSBERG LAW, P.A.**                    **SHAMIS & GENTILE, P.A**
 Scott Edelsberg, Esq.                              Andrew J. Shamis, Esq
 Florida Bar No. 0100537                         Florida Bar No. 101754
 scott@edelsberglaw.com                      ashamis@shamisgentile.com
 Jordan D. Utanski, Esq.                         14 NE 1st Avenue, Suite 1205
 Florida Bar No. 119432                          Miami, FL 33132
 utanski@edelsberglaw.com                 Tel: (305) 479-2299
 2875 191st Street, Suite 703
 Aventura, FL 33180
 Tel:  (305) 975-3320

 *Counsel for Plaintiff*