UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO. 2:19-cv-00276-SPC-UAM

CAROL N. MAZZARIOL, individually and on
behalf of all others similarly situated,

    Plaintiff,

vs.

MEDSPA DEL MAR, LLC, a Florida limited
liability company,

    Defendant.
_____/

**<u>STIPULATION FOR FINAL ORDER OF DISMISSAL WITH PREJUDICE</u>**

An amicable settlement of all matters and things in dispute between the parties, and, hereto having been made, it is

STIPULATED AND AGREED by and between the parties listed above, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this cause may be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

DATED this 5th day of July 2019.

| | |
|---|---|
| WICKER SMITH O'HARA MCCOY & FORD, P.A.<br>515 E. Las Olas Boulevard<br>SunTrust Center, Suite 1400<br>Fort Lauderdale, FL 33301<br>Phone: (954) 847-4800<br>Fax: (954) 760-9353<br>Jcohen@wickersmith.com | EDELSBERG LAW, P.A.<br>2875 NE 191st Street, Suite 703<br>Aventura, FL 33180<br>Phone: (305) 975-3320<br>utanski@edelsberglaw.com |
| By: */s/ Jordan S. Cohen*<br>Jordan S. Cohen, Esquire<br>Florida Bar No. 551872<br>Attorneys for MedSpa Del Mar, LLC | By: */s/ Jordan D. Utanski*<br>Jordan D. Utanski, Esquire<br>Florida Bar. No. 119432<br>Attorneys for Plaintiff |